UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

PAPE ANSOUMANA FAYE,                   :
                                 :

               Petitioner,       :

                                 :           26-cv-5418 (LJL)

      -v-                     :

                                 :              ORDER

FACILITY ADMINISTRATOR/OFFICER-IN-CHARGE :
NYC HOLD ROOM, 26 FEDERAL PLAZA, et al.   :

                                 :

             Respondents.     :
                               X
------------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing in this matter on July 1, 2026 at 10:00 a.m.  This Order memorializes the Court's oral rulings at the conference.

Respondents shall submit their answer to the petition for a writ of habeas corpus by 5:00 p.m. July 7, 2026.  The Court will hold a further conference on July 8, 2026 at 4:00 p.m.

By July 2, 2026 at 5:00 p.m., the Government shall file a letter on the docket (1) suggesting whether the conference on July 8 should be held telephonically or in the Courtroom 15C, 500 Pearl Street, and (2) whether the Government can provide a French translator for the proceeding.

As noted in the Court's earlier order, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  And in light of the Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See* Dkt. No. 3 at 2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/01/2026

Additionally, the Government shall order a transcript of today's proceeding and serve it upon Petitioner.  The Government shall also serve this Order on Petitioner.

SO ORDERED.

Dated: July 1, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2