USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________________
DATE FILED: 07/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAPE ANSOUMANA FAYE,

Petitioner,

-v-

FACILITY ADMINISTRATOR/OFFICER IN CHARGE, et al.,

Respondents.

---

26-cv-5418 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner filed this petition for writ of habeas corpus pro se on June 26, 2026. Dkt. No. 1. On July 7, 2026, Respondents filed a memorandum of law in opposition to the petition, the declaration of Matthew Theriault, and a response to the petition. Dkt. Nos. 14-16. By order of July 8, 2026, the Court set Petitioner's date for reply as July 31, 2026, and directed the Clerk of Court to attempt to locate pro bono counsel for Petitioner. Dkt. No. 17. No pro bono counsel has been located or has appeared. On July 24, 2026, Petitioner submitted an emergency letter motion seeking various forms of relief in his habeas corpus proceedings. Dkt. No. 25. The motion is granted in part and denied in part.

First, Petitioner requests an additional fourteen days in which to reply to Respondents' opposition to his petition for a writ of habeas corpus. That request is granted, and Petitioner shall have through August 14, 2026 to submit his reply.

Second, Petitioner requests that the Court order Respondents to serve physical copies of their filings in this matter to him at his place of detention: BROOKLYN MDC, 80 29th Street, Brooklyn, NY 11232. This request is granted. Pursuant to the Court's Individual Practices in Civil Cases, a party opposing a pro se party is required to serve the pro se party with a copy of

the communication, and file an Affidavit of Service confirming as much alongside all ECF filings. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.I. Respondents are instructed to comply with the Court's individual practices, and retroactively serve any documents not yet served on Petitioner.

Third, Petitioner requests that the Court order that Respondents serve its filings in this proceeding on his wife/outside filing contact, Raimona Faye, at sandsam4102@gmail.com. This request is granted. Respondents are instructed to send all future filings to the email listed above, and additionally to ensure that the filings made at Dkt. Nos. 14–16 and 21 are sent to that email.

Third, Petitioner requests that the Court direct the Clerk of Court to add Raimona Faye as an interested party on ECF, along with her email, sandsam4102@gmail.com. That request is granted, and the Clerk of Court is respectfully requested to add Raimona Faye as an interested party at sandsam4102@gmail.com.

Fourth, Petitioner requests a Court order directing the detention facility "not to treat Petitioner's request to read documents before signing as refusal to sign or refusal of legal mail." Dkt. No. 25 at 3. Petitioner also requests that the detention facility "preserve any records, forms, mail logs, refusal notations, video, or other documentation relating to Petitioner's attempted outgoing legal mail and the alleged 'refuse to sign' incident.'" *Id.* Petitioner has not established, nor has the Court discovered, any basis for the Court to regulate the institution's "refusal to sign" policies. The Government is directed to contact the detention facility and to advise it of its obligation to ensure that Petitioner has access to his legal mail including the filings in this case, and to inform the Court by letter that it has done so. The request is otherwise denied.

The Clerk of Court is respectfully requested to mail this order to Petitioner at BROOKLYN MDC, 80 29th Street, Brooklyn, NY 11232, and to email the order to interested party Raimona Faye at samsand4102@gmail.com.

SO ORDERED.

Dated: July 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge