USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE ANSOUMANA FAYE,<br><br>Plaintiff,<br><br>-v-<br><br>FACILITY ADMINISTRATOR / OFFICER-IN-CHARGE ET AL,<br><br>Defendants. | 26-cv-05418 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

This Order modifies, in part, the Court's order entered at Dkt. No. 26 on July 29, 2026. In the previous Order the Court granted the request by the Petitioner that the Court order that Respondents serve its filings in this proceeding on his wife/outside filing contact,Raimona Faye. However, the incorrect email was entered on the Order. The Court hereby orders the Respondents to serve its filings in this proceeding on Raimona Faye at sandsam410@gmail.com. Respondents are instructed to send all future filings to the email listed above, and additionally to ensure that the filings made at Dkt. Nos. 1416 and 21 are sent to that email.

Additionally, the Court respectfully directs the Clerk of Court to modify Raimona Faye's email on the docket to sandsam410@gmail.com and to resend the Order at Dkt. No. 26 and this Order to Raimona Faye at that email address.

SO ORDERED.

Dated: August 11, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge