**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PAPE ANSOUMANA FAYE,

Petitioner,

-against-

26 **CIVIL** 5418 (LJL)

# JUDGMENT

FACILITY ADMINISTRATOR / OFFICER IN CHARGE, et al.,

Respondents.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 24, 2026, the petition is DENIED. The injunction against Petitioner's removal is vacated and judgment is entered in favor of Respondents; accordingly, the case is closed.

**Dated:** New York, New York

August 26, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**